UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT STONE,

                         Petitioner,

        -against-

WARDEN HUETT,

                         Respondent.

22-CV-8545 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the February 2, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 2, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                   Chief United States District Judge